UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CHARLES CLAYTON**                                                     **PLAINTIFF**

v.                                                   CIVIL ACTION NO. 3:09-CV-P265-S

**RAYMOND MORILLO et al.**                             **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date: December 1, 2009

                                                             Charles R. Simpson III, Judge
                                                             United States District Court

cc:      Plaintiff, *pro se*
         Defendants
4411.009